# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ESPERANZA REYES, | ) | 1:12cv01749 LJO DLB |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING APPLICATION |
| vs. | ) | TO PROCEED IN FORMA PAUPERIS |
| UNITED STATES DEPARTMENT OF | ) | |
| JUSTICE, | ) | (Document 3) |
| | ) | |
| Defendant. | ) | |

Plaintiff Esperanza Reyes ("Plaintiff") is proceeding pro se in this action.  Plaintiff filed her complaint on October 26, 2012, along with a motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff's application demonstrates that she is entitled to proceed without prepayment of fees and is therefore GRANTED.

IT IS SO ORDERED.

Dated:    **October 31, 2012**                    /s/ *Dennis L. Beck*

UNITED STATES MAGISTRATE JUDGE