# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESPERANZA REYES,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>　　　　　Defendant. | )　1:12cv01749 LJO DLB<br>)<br>)<br>)　ORDER GRANTING APPLICATION<br>)　TO PROCEED IN FORMA PAUPERIS<br>)<br>)　(Document 3)<br>)<br>) |

　　　　Plaintiff Esperanza Reyes ("Plaintiff") is proceeding pro se in this action.  Plaintiff filed her complaint on October 26, 2012, along with a motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff's application demonstrates that she is entitled to proceed without prepayment of fees and is therefore GRANTED.

IT IS SO ORDERED.

　　Dated:　**October 31, 2012**　　　　　　　　　/s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1