# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESPERANZA REYES,                )<br>                                                    )<br>             Plaintiff,              )<br>                                                    )<br>     vs.                                         )<br>UNITED STATES DEPARTMENT OF )<br>JUSTICE,                                    )<br>                                                    )<br>             Defendant.          ) | 1:12cv01749 LJO DLB<br><br>ORDER TO SHOW CAUSE |

Plaintiff Esperanza Reyes ("Plaintiff"), proceeding pro se and in forma pauperis, filed her complaint on October 26, 2012.  Review of the above-captioned action reveals that it may be related under this Court's Local Rule 123 to the action entitled *Jesus Gonzales v. United States Department of Justice,* 1:12cv1751 AWI BAM.  Both actions appear to involve the same property and the same or similar claims or questions of fact and law.  Accordingly, assignment of both actions to the same district judge and magistrate judge would promote convenience, efficiency and economy for the Court and parties.  An order relating cases under this Court's Local Rule 123 merely assigns them to the same district judge and magistrate judge.

Therefore, Plaintiff Esperanza Reyes is ORDERED TO SHOW CAUSE why this action should not be related to, or otherwise consolidated with, *Jesus Gonzales v. United States*

*Department of Justice,* 1:12cv1751 AWI BAM, and be reassigned to the same district judge and magistrate judge.  Plaintiff is ORDERED to file a written response to this Order to Show Cause within **fourteen (14) days** of the date of this Order.

IT IS SO ORDERED.

Dated:   **October 31, 2012**                          /s/ *Dennis L. Beck*
                                                                    UNITED STATES MAGISTRATE JUDGE